# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

―――――――――――――――――――――――――――――――――――――――――――

| | |
|---|---|
| CHRISTOPHER SCHAFFERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 24-cv-2258-TLP-tmp |
| ) | |
| METHODIST LEBONHEUR, ) | |
| ) | |
| Defendant. ) | |

―――――――――――――――――――――――――――――――――――――――――――

## REPORT AND RECOMMENDATION

―――――――――――――――――――――――――――――――――――――――――――

On April 22, 2024, plaintiff Christopher Schaffers filed a *pro se* complaint against Methodist LeBonheur and a motion to proceed *in forma pauperis*.[1] (ECF Nos. 2 & 3.) Schaffers's motion to proceed *in forma pauperis* was not complete and did not provide the court with sufficient financial information to determine whether he is unable to pay the civil filing fee. On May 10, 2024, the undersigned ordered Schaffers to either submit a properly completed and executed *in forma pauperis* application or pay the $405.00 civil filing fee within thirty days of the entry of that order. (ECF No. 7.) The undersigned further ordered the Clerk of Court to send Schaffers both a copy of that order and a non-

―――――――――――――――――――

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

prisoner *in forma pauperis* affidavit. The undersigned warned Schaffers that failure to comply in a timely manner would result in a recommendation to the presiding district judge that this action would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. As of June 14, 2024, Schaffers has failed to either submit a properly completed and executed *in forma pauperis* application or pay the $405.00 civil filing fee.

Rule 41(b) of the Federal Rules of Civil Procedure provides that an action may be dismissed for failure to comply with a court order. Fed. R. Civ. P. 41(b). Generally, a Rule 41(b) dismissal "operates an an adjudication on the merits." Id. The authority to dismiss a case under Rule 41(b) "is available to the district court as a tool to effect management of its docket and avoidance of unnecessary burdens on the tax-supported courts and opposing parties." Knoll v. Am. Tel. & Tel. Co., 176 F.3d 359, 363 (6th Cir. 1999) (citation and internal quotations omitted).

Schaffers has failed to comply with a court order requiring him to submit a properly completed non-prisoner application to proceed *in forma pauperis* or pay the $405.00 civil filing fee in a timely manner. Accordingly, pursuant to Rule 41(b), the undersigned recommends that Schaffers's complaint be dismissed without prejudice.

Respectfully submitted,

s/Tu M. Pham

```
TU M. PHAM
Chief United States Magistrate Judge
```

June 14, 2024
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**